UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GET WEIRD, LLC,

                Plaintiff,        24-cv-7533 (JGK)

    - against -                SEALED ORDER

A6GSQ STORE, ET AL.,
                Defendants.

JOHN G. KOELTL, District Judge:

    The plaintiff's application to adjourn the defendants' deadline to file opposing papers to **October 28, 2024,** is **granted**. The plaintiff's application to adjourn the plaintiff's deadline to file any reply papers to **October 29, 2024,** is likewise **granted**.

    The Show Cause Hearing is adjourned until **October 30, 2024,** at 3:00 p.m. The temporary restraining order is extended to that date and time for good cause shown.

    The plaintiff shall serve this Order on all parties by the same means as the original temporary restraining order by **October 18, 2024,** and file proof of service on the docket by **October 21, 2024.**

SO ORDERED.
Dated:    New York, New York
           October 15, 2024

                                            John G. Koeltl
                                   United States District Judge