Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Grace A. Rawlins
grawlins@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff
Get Weird, LLC d/b/a Anti
Social Social Club*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GET WEIRD, LLC d/b/a ANTI SOCIAL SOCIAL CLUB,<br><br>*Plaintiff*<br><br>v.<br><br>A6GSQ STORE, ALL-IN-ONE STORE, FANHE MEN STORE, HANGZHOU YANYANG TRADING CO., LTD., NC ISA INDUSTRY AND TRADE COMPANY, SHENZHEN SHENGMING YUANYING TRADING CO., LTD., SHOP1102304027 STORE, SHOP1102824195 STORE, SHOP1102960245 STORE, SHOP1103038330 STORE, SHOP1103340260 STORE, SHOP1103598381 STORE, SHOP1103632182 STORE, SHOP1103675587 STORE, SHOP1103683544 STORE, SHOP1103688099 STORE, SHOP1103692140 STORE, SHOP1103709334 STORE, SHOP1103742488 STORE, SHOP1103745696 STORE, SHOP1103751269 STORE, SHOP1103769123 STORE, SHOP1103808120 | **CIVIL ACTION NO.**<br>**24-cv-7533 (JGK)**<br><br>[~~PROPOSED~~]<br>**UNSEALING ORDER** |

1

| |
|---|
| STORE, SHOP1103844744 STORE, SHOP1103863554 STORE, SHOP1103937213 STORE, SHOP1104001581 STORE, SHOP1104069683 STORE and ZHANGJIAGANG SKY VOICE TRADE CO., LTD., |
| *Defendants* |

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this __30__ day of __October__, 2024, at __3:10__ p.m.
New York, New York

                                            HON. JOHN G. KOELTL
                                            UNITED STATES DISTRICT JUDGE