```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

GET WEIRD LLC D/B/A ANTI SOCIAL SOCIAL CLUB,

        Plaintiff,

- against -

FANHE MEN STORE, ET AL.,

        Defendants.

24-cv-7533 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The time to respond to the complaint has passed. The plaintiff should file an Order to Show Cause for a default judgment in accordance with the Court's individual rules by **January 17, 2025,** or the case may be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated: New York, New York
       January 3, 2025

                                          John G. Koeltl
                                  United States District Judge