```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

GET WEIRD LLC,

                Plaintiff,

- against -

A6GSQ STORE, ET AL.,

                Defendants.

24-cv-7533 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

On January 14, 2025, the Clerk of Court issued certificates of default as to the defaulting defendants. See ECF No. 26. After certain of those defendants were voluntarily dismissed from the case, see ECF Nos. 33 & 34, the remaining defaulting defendants are:

- Hangzhou Yanyang Trading Co., Ltd.
- Nc Isa Industry And Trade Company
- Shenzhen Shengming Yuanying Trading Co., Ltd.
- Shop1103340260 Store
- Shop1103632182 Store
- Shop1103675587 Store
- Shop1103683544 Store
- Shop1103688099 Store
- Shop1103692140 Store
- Shop1103742488 Store
- Shop1103745696 Store

- Shop1103751269 Store
- Shop1103769123 Store
- Shop1103808120 Store
- Shop1103844744 Store
- Shop1103937213 Store
- Shop1104001581 Store
- Shop1104069683 Store
- Zhangjiagang Sky Voice Trade Co., Ltd

On January 23, 2025, the Court entered an order to show cause why a default judgment should not be entered against the defaulting defendants. ECF No. 35. On January 24, 2025, the plaintiff served the order to show cause on the defaulting defendants. ECF No. 36. The time to respond to the order to show cause was February 7, 2025, but to date, the defaulting defendants have failed to respond. Accordingly, the plaintiff is entitled to a default judgment against the defaulting defendants. The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of an appropriate judgment.

**SO ORDERED.**

Dated:   New York, New York
         February 18, 2025

_____
John G. Koeltl
United States District Judge

2