UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GET WEIRD LLC,                                           :

                              Plaintiff,                 :        ORDER

        -against-                                        :
                                                                  24 Civ. 7533 (JGK) (GWG)
A6GSQ STORE et al.,                                      :

                              Defendants.                :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**


        Before the Court is plaintiff's application for damages following defendants' default.  In
its proposed findings of fact and conclusions of law (Docket # 40), plaintiff cites to a
"Declaration of Heather Greenberg in Support of Plaintiff's Application."  See, e.g., Docket # 40
¶ 61.

        However, the Court has not found this declaration on the docket.  Plaintiff may have
intended to file or perhaps tendered to the Clerk's Office a disc containing this declaration on
October 7, 2024.  However, the Clerk's Office indicates that this disc was not in fact filed.
Accordingly, it is not now available to the Court.

        Accordingly, this document must be filed on the docket.  Plaintiff shall do so by July 17,
2025, via the ECF system.

        SO ORDERED.

Dated: July 10, 2025

        New York, New York


_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge