UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GET WEIRD, LLC d/b/a ANTI SOCIAL SOCIAL CLUB,

          Plaintiff,

- against -

A6GSQ STORE, ET AL.,

          Defendants.

24-cv-7533 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court has reviewed the Report and Recommendation of Magistrate Judge Gorenstein dated August 28, 2025, in connection with an inquest on damages following this Court's finding that 19 defendants had defaulted in this case and that a default judgment should be entered against them. No objections have been filed and the time for objections has passed. In any event, the Court finds that the Report and Recommendation are thorough and well-reasoned and should be adopted. Therefore, the Court will enter the Proposed Judgment submitted by the plaintiff, ECF. No. 32, as limited by the Report and Recommendation.

    The Clerk is respectfully directed to enter the Final Default Judgment signed by this Court. The Clerk is also requested to close all pending motions and to close this case.

SO ORDERED.
Dated:    New York, New York
         October 6, 2025

                                        John G. Koeltl
                                   United States District Judge